


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JUN 0 2 2016
6-2-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Danté G. Hubbard

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas Dart

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

1:16-cv-5844
Case Judge Robert M. Dow, Jr.
(To Magistrate Judge Jeffrey T. Gilbert
PC4

CHECK ONE ONLY:        **AMENDED COMPLAINT**

  ✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       **U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
         **28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

    A. Name: Dante' G. Hubbard

    B. List all aliases: N/A

    C. Prisoner identification number: 2015-1110042

    D. Place of present confinement: Cook County Department of Corrections

    E. Address: 2601 S California Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Thomas Dart

    Title: Cook County Sheriff

    Place of Employment: Cook County Department of Corrections

    B. Defendant: N/A

    Title: N/A

    Place of Employment: N/A

    C. Defendant: N/A

    Title: N/A

    Place of Employment: N/A

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I, Dante' G. Hubbard am writing this letter for legal assistance in my case. I'm 30 yrs old and a high school graduate of Kenwood Academy. I'm currently incarcerated at Cook County Department of Corrections on 26th and California in Chicago, Il. My previous housing location was Division 1 ABO cell #18. I was housed here from Nov. 9 2015 until the building was shut down Feb. 19th 2016. The building was closed due to the nature of the building and it's living conditions. During my stay in Div. 1 I put in grievances, but they were unanswered. I was in Div. 1 for 3½ months and was subject to inhumane living conditions. The walls and ceilings of the cells in which we had to spend 18 hrs of the day in were molded and full of Asbestos. The water we drank from each day was dark in color. The showers were never cleaned properly and were full of bacteria. Also, the showers hardly ever got warm water. During the winter there was no heat and instead of being relocated, we were offered an extra blanket. The building is also infested with cockroaches, rats and rodents. Every night commissary

and property was subject to being destroyed by rats and most of the time it was. Because we had signed for receiving our commissary, there was no way to prove food was destroyed by rats. I also didn't receive any religious services during my stay. I believe this was unconstitutional that's why I'm asking for assistance and legal action. I cannot afford legal representation at this moment. I've recently been moved to Div. 2 Dorm 4 phase 2. I can also be contacted through my grandfather Freddie Collins Sr whom Information I've included in this letter which may also be used as my home address and contact information. Thank You very much. Dorm 4 Div 2 phase 2 is also a condemned building. During my entire stay, I've been subjected to inhumane living conditions.

Dante' Hubbard
8325 S Luella Ave
Chicago, Il 60617

Freddie Collins Sr.
8325 S Luella Ave
Chicago, Il 60617
cell # (773) 469-2862
Home # (773) 734-6545

Reviewed: 8/2013

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for my time of distress, pain and suffering and punitive damages.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 23rd day of March, 2016

_____
(Signature of plaintiff or plaintiffs)

Dante' G. Hubbard
(Print name)

20151110042
(I.D. Number)

2601 S California
Chicago, Il 60608
(Address)